## ADAMS v. STATE.
### No. 16455.

Court of Criminal Appeals of Texas.

Jan. 10, 1934.

Jim Baker of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Under a complaint and information properly charging appellant with being a delinquent child, the appellant was adjudged to be such and committed to the State Juvenile Training School for a term of not less than two nor more than four years.

The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## WACHXMANN v. STATE.
### No. 16397.

Court of Criminal Appeals of Texas.

Jan. 10, 1934.

See, also, 60 S.W.(2d) 216.

H. S. Beard, of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is possessing intoxicating liquor for the purpose of sale; the punishment, confinement in the state penitentiary for a term of one year.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.